NO. 86–2878: MOTION TO RECALL MANDATE DENIED.

NO. 96–80322: MOTION FOR AUTHORIZATION TO FILE PETITION FOR WRIT OF HABEAS CORPUS GRANTED BY SEPARATE ORDER.

Kathleen A. GEORGE, Plaintiff–Appellant,

v.

Luis S. CAMACHO, personally and in his capacity as Acting Director and Director of the CNMI Office of Personnel Management; Agnes M. McPheters, personally and in her capacity as President of Northern Marianas College; Eugene A. Santos, personally and in his capacity as Chairman of the CNMI Civil Service Commission and the Commonwealth of the Northern Mariana Islands, Defendants–Appellees.

Nos. 95–17195, 96–15012.

United States Court of Appeals, Ninth Circuit.

Jan. 15, 1997.

Before: HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

---

UNITED STATES of America, Plaintiff–Appellee,

v.

James K. KANEAKUA, Defendant–Appellant.

No. 95–10412.

United States Court of Appeals, Ninth Circuit.

Submitted July 8, 1996.*

Decided Jan. 16, 1997.

---

* The panel finds this case appropriate for submission without oral argument pursuant to 9th Cir.R. 34–4 and Fed.R.App.P. 34(a).